AO 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____Eastern_____ **DISTRICT OF** _____Michigan_____

UNITED STATES OF AMERICA

Roderick Pierre SMARTT
DOB: 10/13/1976
17421 Cherrylawn.
Detroit,Michigan 48221

(Name and Address of Defendant)

CRIMINAL COMPLAINT

**05-80732**

Case Number:

FILED

AUG 16 2005

CLERK'S OFFICE
DETROIT

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief On or about _____August 15, 2005_____ in __Wayne_____ County, in the __Eastern_____ District of __Michigan_____ defendant(s) did,

*(Track Statutory Language of Offense)*
did, bring aliens to the United States, and aided and abetted the bringing of such aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain.

in violation of Title ____8____ United States Code, Section(s) ___1324(a)(2) and(a)(2)(B)(ii)___

I further state that I am a(n) _____ICE Special Agent_____ and that this complaint is based on the
Official Title

following facts:

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:     Yes ☒   No ☐

Signature of Complainant

Noe Salinas Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

Date  8/16/05                                  at   DETROIT, MICHIGAN
                                                    City and State

Name and Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

The affiant being duly deposed and sworn states

1. I Noe Salinas, am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, and have been employed with the same for one and a half years. The following information is from first hand Knowledge or personal investigation, as well as information provided to me by other law enforcement sources. The following is submitted in support of findings of probable cause and therefore may not be all of the facts obtained during the course of this investigation.

2. On August 15, 2005 at approximately 11:00 p.m., I received a call about a possible alien smuggling case at the Ambassador Bridge Detroit, Michigan port of entry.

3. I responded to the Ambassador Bridge. When I arrived I spoke to Customs and Border Protection Supervisory Officer (CBPSO) Diane Gie.

4. CBPSO Gie relayed the following. She stated that at 8:20 p.m. on August 15th a 1991 white Chevrolet Corsica with Michigan license plate CL25Y arrived at the Detroit, Michigan port of

entry at the Ambassador Bridge from Windsor, Canada. The driver was identified as Roderick Pierre SMARTT. SMARTT gave CBP Officer Navyac a negative declaration. SMARTT was asked to open the trunk for inspection. SMARTT stated that he forgot the key to the trunk in Canada. SMARTT was told to move the vehicle to secondary inspection.

5. CBPO Kerby met SMARTT in secondary inspection and asked SMARTT to step inside while the vehicle was inspected. CBPO Kirby began the inspection and made entry into the trunk of the vehicle by removing the back seat. CBPO Kerby discovered two subjects in the trunk of the vehicle. Zheng, Qiao-Yan and her son Chen, Geng Geng both citizens and nationals of China.

6. SMARTT was advised of his Miranda rights and signed a waiver of rights. SMARTT stated that he was to be paid one thousand dollars in U.S. currency to smuggle the two Chinese Nationals from Canada into the United States. SMARTT claimed he would not be paid unless he successfully got the Chinese into the U.S. The key to the trunk was found on SMARTT during a pat down search.

7. Based on the foregoing I believe there is probable cause that the Defendant violated Title 8 United States Code Section(s) 1324 (a)(2) and(a)(2)(B)(ii). Knowing and did in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States brought and attempted to bring aliens into the United States for the purpose of private financial gain

8. I know the foregoing from first-hand knowledge or personal investigation, and information provided to me from other law enforcement sources.

Noe Salinas, Special Agent
Immigration and Customs
Enforcement

Sworn and subscribed before me this 16th day of August 2005

United States Magistrate Judge